**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **SUNSHINE VAN BAEL** | * | |
| | * | **CASE NO.: 2:18-cv-06873** |
| **Plaintiff** | * | |
| **v.** | * | |
| | * | |
| **UNITED HEALTHCARE SERVICES, INC.** | * | |
| | * | |
| **Defendant.** | * | |

## DEFENDANT'S WITNESS AND EXHIBIT LIST

**NOW INTO COURT,** through undersigned counsel, comes Defendant, United Healthcare Services, Inc. ("United"), who respectfully submits its Witness and Exhibit List.

## FACT WITNESSES

This is review of an ERISA claim's administrator's denial of benefits.  The ERISA plan document grants the claims administrator discretionary authority to construe the terms of the plan and determine benefits.  United submits that review is limited to the administrative record and testimony should not be allowed.  In the abundance of caution, however, and to comply with the Court's scheduling order, United sets forth the following witness list:

1.      Any witness needed to authenticate the administrative record;

2.      Any witnesses named or called by any other party; and

3.      Any witness needed for rebuttal or  impeachment purposes.

## EXHIBITS

This is review of an ERISA claim's administrator's denial of benefits.  The ERISA plan document grants the claims administrator discretionary authority to construe the terms of the plan and determine benefits.  United submits that review is limited to the administrative record and documents or evidence not presented to the administrator as part of the administrative appeal

should not be allowed.  In the abundance of caution, however, and to comply with the Court's scheduling order, United sets forth the following exhibit list:

1.      The administrative record related to the claims at issue.

2.      Any document needed for rebuttal or impeachment purposes.

**Respectfully Submitted By:**

/s Layna C. Rush

Errol J. King – Bar Roll No. 17649
Layna C. Rush – Bar Roll No. 26242
**BAKER, DONELSON, BEARMAN,
CALDWELL & BERKOWITZ, PC**
450 Laurel Street
Chase Tower North, 20th Floor
Baton Rouge, Louisiana  70801
**Telephone:      (225) 381-7000
Facsimile:      (225) 343-3612**

**Attorneys For Defendant: United Healthcare
Services, Inc.**

## Certificate of Service

I hereby certify that a copy of the foregoing has been served on all counsel of record electronically using the Court's CM/ECF system and/or e-mail on this 15th day of  November, 2018.

/s Layna C. Rush
Layna C. Rush