UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **SUNSHINE VAN BAEL** | * | **CASE NO.: 2:18-cv-06873** |
| | * | |
| **VERSUS** | * | |
| | * | **DISTRICT JUDGE** |
| | * | **LANCE M. AFRICK** |
| **UNITED HEALTHCARE SERVICES, INC.** | * | |
| | * | |
| | * | **MAGISTRATE JUDGE** |
| | * | **KAREN WELLS ROBY** |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * *

**PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT
AS TO DEFENDANT, UNITED HEALTHCARE SERVICES, INC.'S
FAILURE TO ESTABLISH OR MAINTAIN A REASONABLE CLAIMS
PROCEDURE AND FOR ABUSE OF DISCRETION/ARBITRARY
AND CAPRICIOUS DENIALS OF VAN BAEL'S CLAIMS**

**NOW INTO COURT**, through undersigned counsel, comes Plaintiff, Sunshine Van Bael, who respectfully submits this Motion for Partial Summary Judgment as to Defendant, United Healthcare Services, Inc.'s, Failure to Establish or Maintain a Reasonable Claims Procedure and for Abuse of Discretion/Arbitrary and Capricious Denials of Van Bael's Claims. Van Bael prays that pursuant to the motion, and for the reasons set forth in the accompanying Statement of Uncontested Material Facts, Memorandum in Support, and as evidenced by all attached Exhibits incorporated herein by reference, Van Bael's motion should be granted. The submission date for this motion is December 12, 2018. Trial is set for January 28-29, 2019.

**WHEREFORE**, Plaintiff, Sunshine Van Bael, respectfully requests that this Honorable Court grant her Motion for Partial Summary Judgment as to Defendant, United Healthcare Services, Inc.'s, Failure to Establish or Maintain a Reasonable Claims Procedure and for Abuse of Discretion/Arbitrary and Capricious Denials of Van Bael's Claims.

Respectfully submitted,

/s/ Jennifer S. Martinez
JENNIFER N. WILLIS (#14877)
jenniferw@willisbuckley.com
JENNIFER S. MARTINEZ (#29624)
jenniferm@willisbuckley.com
WILLIS & BUCKLEY, APC
3723 Canal Street
New Orleans, Louisiana 70119
Telephone: (504) 488-6301
Facsimile: (504) 488-6302
*Attorneys for Plaintiff, Sunshine Van Bael*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on November 19, 2018 a copy of the foregoing was served on UH through the CM/ECF system.

/s/ Jennifer S. Martinez