UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **SUNSHINE VAN BAEL** | **CIVIL ACTION** |
| **VERSUS** | **No. 18-6873** |
| **UNITED HEALTHCARE SERVICES, INC.** | **SECTION I** |

## JUDGMENT

On this date, the Court issued an order denying plaintiff Sunshine Van Bael's motion for penalties against defendant Tulane University.

Accordingly,

**IT IS ORDERED** that judgment shall be entered in favor of Tulane University and against Sunshine Van Bael, and the case against Tulane University is **DISMISSED WITH PREJUDICE**.

New Orleans, Louisiana, January 10, 2019.

_____
**LANCE M. AFRICK**
**UNITED STATES DISTRICT JUDGE**